| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Hudson 888 Owner LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  61-1776993

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 150 East 52nd Street<br>Suite 8002<br>New York, NY 10022 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | Location of principal assets, if different from principal place of business<br>615 10th Avenue a/k/a 500 West 45th Street, New York, NY New York, NY 10036 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Hudson 888 Owner LLC** _____ Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Hudson 888 Owner LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Hudson 888 Holdco LLC** | | Relationship | **Parent** | |
| District | **Southern District of NY** | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Hudson 888 Owner LLC**  Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Hudson 888 Owner LLC**     Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 7, 2024**
                 MM / DD / YYYY

**X /s/ Sheng Zhang**           **Sheng Zhang**
Signature of authorized representative of debtor      Printed name

Title    **Chairman and CEO**

**18. Signature of attorney**

**X /s/ Stephen B. Selbst**      Date **January 7, 2024**
Signature of attorney for debtor             MM / DD / YYYY

**Stephen B. Selbst**
Printed name

**Herrick Feinstein LLP**
Firm name

**Two Park Avenue**
**New York, NY 10016**
Number, Street, City, State & ZIP Code

Contact phone **212-592-1400**     Email address **sselbst@herrick.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Hudson 888 Owner LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 7, 2024**    X **/s/ Sheng Zhang**
Signature of individual signing on behalf of debtor

**Sheng Zhang**
Printed name

**Chairman and CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Hudson 888 Owner LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| RKF Retail Holdings LLC<br>75th Avenue, Ste 7<br>New York, NY 10175 | | | | | | $109,502.29 |
| FirstService Residential Management<br>333 7th Avenue, 5th Floor<br>New York, NY 10001 | | Property Management | | | | $108,346.56 |
| SMBC Capital Markets Inc<br>277 Park Avenue,<br>New York, NY 10172 | | Consulting | | | | $58,750.00 |
| Kassin Sabbagh Realty<br>1385 Broadway, 22nd Floor<br>New York, NY 10018 | | | | | | $53,394.39 |
| Holland Knight LLP<br>1180 W Peachtree St. NW<br>Suite 1800<br>Atlanta, GA 30309 | | Legal fees | | | | $50,350.17 |
| Marcum LLP<br>10 Melville Park Road<br>Melville, NY 11747 | | Consulting fees (accounting) | | | | $48,925.00 |
| Waverly Staging & Design<br>971 Ross Street<br>Rahway, NJ 07065 | | Consulting | | | | $47,867.99 |
| ConEdison<br>700 E. 16th Street<br>New York, NY 10009 | | Utility provider | | | | $41,005.37 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Hudson 888 Owner LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IPFS of New York, LLC**<br>**A. Logan Insurance**<br>**PO Box 32144**<br>**New York, NY 10087** | | **IPFS Insurance premium** | | | | $30,707.02 |
| **Wilkin Guttenplan**<br>**499 Seventh Avenue, 6th Floor**<br>**New York, NY 10018** | | **Accounting advisors** | | | | $21,000.00 |
| **Wang Technology**<br>**42 Washington Road**<br>**Princeton Junction, NJ 08550** | | **Consulting** | | | | $16,470.00 |
| **QG Floral Landscape**<br>**154-10 Cross Island Parkway**<br>**Whitestone, NY 11357** | | **Consulting** | | | | $14,160.00 |
| **Richard Layton & Finger P.A**<br>**920 North King Street**<br>**Wilmington, DE 19801** | | **Legal Fees** | | | | $13,009.50 |
| **NYC Environmental Protection**<br>**290 Broadway**<br>**New York, NY 10007** | | **Water & Wastewater** | | | | $10,298.05 |
| **James F. Capalino Associates**<br>**233 Broadway, Suite 710**<br>**New York, NY 10279** | | **Consulting** | | | | $6,500.00 |
| **Saxe Doernberger & Vita P.C.**<br>**35 Nutmeg Drive, Ste140**<br>**Trumbull, CT 06611** | | | | | | $6,000.00 |
| **United Reprographic Services**<br>**48 West 38th Street**<br>**New York, NY 10018** | | | | | | $5,156.13 |
| **Regal Cleaning**<br>**8 Sagamore Hill Drive**<br>**Port Washington, NY 11050** | | **Vendor** | | | | $4,948.45 |

Debtor **Hudson 888 Owner LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Credit Card**<br>**Elite Card Payment Center**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | | **Credit card Internet, TV, and Phone** | | | | $3,507.11 |
| **Ernst & Young LLP**<br>**200 Plaza Drive**<br>**Secaucus, NJ 07094** | | **Consulting** | | | | $3,250.00 |

# OFFICER'S CERTIFICATE

**January 5, 2024**

The undersigned, Sheng Zhang, an authorized signatory of Hudson 888 Owner LLC, a Delaware limited liability company, and Hudson 888 Holdco LLC, a Delaware limited liability company (each, a "Company" and, collectively, the "Companies"), hereby certifies as follows:

1.    I am the chief executive officer of XIN Development Group International, Inc., an indirect owner of the Companies, and an authorized signatory of the Companies, and, as such, I am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Companies.

2.    Attached hereto is a true, complete, and correct copy of the resolutions (the "Resolutions") of the Companies' boards of independent directors (collectively, the "Boards"), adopted by written consent of the Boards on January 5, 2024, in accordance with the applicable limited liability company agreements of each Company.

3.    Since their adoption and execution, the Resolutions have not been modified, rescinded, or amended and are in full force and effect as of the date hereof, and the Resolutions are the only resolutions adopted by the Boards relating to the authorization and ratification of all corporate actions taken in connection with the matters referred to therein.

IN WITNESS WHEREOF, I have hereunto set my hand on behalf of the Companies as of the date hereof.

COMPANIES:

HUDSON 888 OWNER LLC
HUDSON 888 HOLDCO LLC

By: _____
Name: Sheng Zhang

Authorized Signatory

**RESOLUTIONS OF THE BOARDS OF
HUDSON 888 OWNER LLC AND
HUDSON 888 HOLDCO LLC**

**Dated as of January 5, 2024**

The undersigned, being independent directors and comprising all of the members of each board of directors (each, a "Board"), of Hudson 888 Owner LLC, a Delaware limited liability company, and Hudson 888 Holdco LLC, a Delaware limited liability company, respectively (each, a "Company" and, collectively, the "Companies"), hereby take the following actions and adopt the following resolutions (the "Resolutions") pursuant to the limited liability company agreement or operating agreement of each Company and the laws of the State of Delaware.

**WHEREAS**, each applicable Board has reviewed and considered presentations by the management and the legal advisors of the Companies regarding, among other things, the distressed financial condition of each Company, the actions and positions taken by the Companies' secured creditors, the strategic alternatives available to each Company, and the effect of the foregoing on each Company's business.

**WHEREAS**, each applicable Board has had the opportunity to consult with the management and the legal advisors of the Companies, as well as its own legal counsel, and to fully consider each of the strategic alternatives available to the Companies.

**NOW**, **THEREFORE, BE IT RESOLVED as follows**:

**RESOLVED**, that, in the judgment of each applicable Board, it is desirable and in the best interests of the Companies, their stakeholders, their creditors, and other parties in interest, that each Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (each, a "Chapter 11 Case") under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**RESOLVED**, that each of the Companies, through its duly authorized agents, be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of each Company with respect to the transactions contemplated by these Resolutions hereunder, as the Company shall deem necessary or desirable in management's reasonable business judgment to effectuate the purposes of the transactions contemplated herein, including, without limitation: the filing in the Bankruptcy Court of petitions, schedules, motions, objections, replies, applications, or other pleadings; the employment of qualified professionals to prosecute each Chapter 11 Case; and the payment of filing fees and other reasonable expenses attendant to each Chapter 11 Case.

[signatures on following page]

HUDSON 888 OWNER LLC BOARD
OF INDEPENDENT DIRECTORS

By: _____
Name:  Lisa M. Pierro

By: _____
Name:  Steven P. Zimmer


HUDSON 888 HOLDCO LLC BOARD
OF INDEPENDENT DIRECTORS

By: _____
Name:  Jennifer A. Schwartz

By: _____
Name:  Ricardo Beausoleil

# United States Bankruptcy Court
## Southern District of New York

In re **Hudson 888 Owner LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hudson 888 Holdco LLC**<br>**150 East 52nd Street**<br>**Suite 8002**<br>**New York, NY 10022** | | 10% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 7, 2024**

Signature **/s/ Sheng Zhang**
**Sheng Zhang**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **Hudson 888 Owner LLC**                                    Case No.
                              Debtor(s)                             Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hudson 888 Owner LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hudson 888 Holdco LLC
150 East 52nd Street
Suite 8002
New York, NY 10022**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 7, 2024** | **/s/ Stephen B. Selbst** |
| Date | **Stephen B. Selbst** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Hudson 888 Owner LLC** |
| | **Herrick Feinstein LLP** |
| | **Two Park Avenue** |
| | **New York, NY 10016** |
| | **212-592-1400** |
| | **sselbst@herrick.com** |