**REED SMITH LLP**
David A. Pisciotta
Nicholas B. Vislocky
Andrew L. Buck
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Fax: 212.521.5450
dpisciotta@reedsmith.com
nvislocky@reedsmith.com
abuck@reedsmith.com

*Attorneys for DOF II-Bloom Senior LLC*
*and DOF II-Bloom Mezz LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HUDSON 888 OWNER LLC and HUDSON 888 HOLDCO LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 24-10021 (MEW)<br><br>**(Jointly Administered)** |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a general case status conference (the "**Status Conference**") shall be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), on September 12, 2024, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted through Court Solutions LLC. Parties should not appear in person and those wishing to appear telephonically or participate at the Status Conference (whether "live" or "listen only") must

---

[1] Debtors' principal offices are located at 150 East 52nd Street, Suite 8002, New York, New York 10022. The last four digits of the Federal Tax Id. No. of Hudson 888 Owner LLC are 6993. The last four digits of the Federal Tax Id. No. of Hudson 888 Holdco LLC are 4666.

schedule an appearance no later than September 11, 2024, at 12:00 p.m. (prevailing Eastern Time) by using the following link: https://www.court-solutions.com. Instructions for making a telephonic appearance and additional information on the Court's telephonic procedures can be found at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.

Dated: September 9, 2024
      New York, New York

Respectfully Submitted

REED SMITH LLP

By: /s/ David A. Pisciotta
    David A. Pisciotta
    Nicholas B. Vislocky
    599 Lexington Avenue
    New York, New York 10022
    Telephone: 212.521.5400
    Fax: 212.521.5450
    dpisciotta@reedsmith.com
    nvislocky@reedsmith.com
    abuck@reedsmith.com

*Attorneys for DOF II-Bloom Senior LLC and DOF II-Bloom Mezz LLC*