UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
In re : Chapter 11
:
HUDSON 888 OWNER LLC and : Case No. 24-10021 (MEW)
HUDSON 888 HOLDCO LLC, :
: (Jointly Administered)
Debtors.[1] :
:
------------------------------------------------------------ X

### ORDER GRANTING THE DEBTORS' MOTION FOR ENTRY OF AN ORDER SCHEDULING EXPEDITED CONFIRMATION HEARING WITH RESPECT TO DEBTORS' THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION

Upon consideration of the motion (the "Scheduling Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an order re-scheduling on an expedited basis the adjourned hearing (the "Confirmation Hearing") to consider confirmation of the *Third Amended Chapter 11 Plan of Reorganization of Hudson 888 Owner LLC and Hudson 888 Holdco LLC* dated September 18, 2024 [Docket No. 256], to be heard on September 24, 2024, or such earlier date as the Debtors may be heard (the "New Confirmation Hearing Date"); and upon consideration of the record of the Chapter 11 Cases; and the Court finding, pursuant to Bankruptcy Code section 102(1)(A), Bankruptcy Rule 2002(m), and the Plan Confirmation Procedures Order, that due and proper notice of the Scheduling Motion has been given and no other or further notice of the Scheduling Motion is required in the particular circumstances of this matter; and the Court finding that it has jurisdiction to consider the Scheduling Motion under

---

[1] The Debtors' principal offices are located at 150 East 52nd Street, Suite 8002, New York, New York 10022. The last four digits of the Federal Tax Id. No. of Hudson 888 Owner LLC are 6993. The last four digits of the Federal Tax Id. No. of Hudson 888 Holdco LLC are 4666.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Scheduling Motion.

28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court finding that its consideration of the Scheduling Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court finding that venue of these proceedings and the Scheduling Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court finding that the relief requested in the Scheduling Motion and provided for herein is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Scheduling Motion is GRANTED as set forth herein.

2. The New Confirmation Hearing Date is scheduled for **September 24, 2024 at 11:00 a.m. (prevailing Eastern Time)**. The Confirmation Hearing may be adjourned from time to time without further notice other than the announcement in open court of the Confirmation Hearing or at any adjourned Confirmation Hearing.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       September 20, 2024

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE
